United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 24-00121-TA |
| Multiple Debtors 2024-1, see order | Chapter |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0973-8　　　　　　　　　　User: admin　　　　　　　　　　Page 1 of 2
Date Rcvd: Aug 01, 2024　　　　　　　Form ID: pdf031　　　　　　　　Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Cherry Technologies, Inc., Attn: Mr. Tavish Monroe, Servicing Mng., 160 HANCOCK STREET APT 2, SAN FRANCISCO, CA 94114-2594 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| intp | ^ | MEBN | Aug 02 2024 00:49:40 | Cherry Technologies, Inc., Attn: Legal Department, 2261 Market Street #4869, San Francisco, CA 94114-1612 |
| intp | | Email/Text: integrationsadmin@withcherry.com | Aug 02 2024 00:52:00 | Cherry Technologies, Inc., c/o Sean Schroeder COO, 2 EMBARCADERO CTR FL 8, SAN FRANCISCO, CA 94111-3833 |
| intp | | Email/Text: integrationsadmin@withcherry.com | Aug 02 2024 00:52:00 | Cherry Technologies, Inc., c/o Felix Steinmeyer, CEO, 2 EMBARCADERO CTR FL 8, SAN FRANCISCO, CA 94111-3833 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Multiple Debtors 2024-1, see order |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2024　　　　　　　Signature:　　　/s/Gustava Winters

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Aug 01, 2024 | Form ID: pdf031 | Total Noticed: 4

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 1

**FILED & ENTERED**

AUG 01 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>CHERRY TECHNOLOGIES INC.,<br><br>**Proceedings to Enforce Fed. R. Bankr. P. 9036**<br><br>Debtor, | Misc. Proc. No.: 8:24-bk-00121-TA<br><br>ORDER CONTINUING HEARING ON STATUS CONFERENCE AND REQUIRING CHERRY TECHNOLOGIES INC. TO APPEAR THROUGH ITS PRESIDENT OR DESIGNEE<br><br>Hearing:<br>Date: July 2, 2024<br>Time: 11:00 a.m.<br>Ctrm: 5B via ZoomGov<br><br>Continued Hearing:<br>Date: October 8, 2024<br>Time: 11:00 a.m.<br>Ctrm: 5B via ZoomGov |

    A status conference was held pursuant to the court's "Order Requiring Cherry Technologies Inc. to Appear Through Counsel at a Status Conference" [DN 2] entered May 21, 2024. No response was filed and there was no appearance.

    On the date and time listed above, at the location listed above, the Court will conduct a continued status conference to determine what action should be taken to compel (if necessary) CHERRY TECHNOLOGIES INC. to comply with Federal Rule of Bankruptcy Procedure 9036.

1

*CHERRY TECHNOLOGIES INC. is ordered to appear at the status conference through its CEO, Felix Steinmeyer, President, or a designee.*  The CEO/President/Designee should be prepared to advise the Court on the steps that CHERRY TECHNOLOGIES INC. is taking to assure comprehensive compliance with Federal Rule of Bankruptcy Procedure 9036.

In lieu of attendance at the scheduled status conference, CHERRY TECHNOLOGIES INC. may complete and file Exhibit A, confirming that it has completed its registration for electronic noticing and will receive court notices at an email address chosen by the entity. Alternatively, CHERRY TECHNOLOGIES INC. may complete and file Exhibit B, confirming that it wishes to receive its court notices at an electronic account created for the entity by the Bankruptcy Noticing Center.  Any completed exhibit and accompanying materials must be filed with the Court not less than 72 hours prior to the commencement of the scheduled status conference.

Failure to respond as described above or appear at the status conference could result in the entry of an order compelling compliance.

The Clerk will serve this on CHERRY TECHNOLOGIES INC. by United States Mail and file a Certificate of Service.

The ZoomGov connection information for the hearing is:

Video/audio web address:     https://cacb.zoomgov.com/j/1605936940
ZoomGov meeting number:   160 593 6940
Password:                              851882
Telephone conference lines:  1 (669) 254 5252 or 1 (646) 828 7666

###

Date: August 1, 2024

Theodor C. Albert
United States Bankruptcy Judge

2

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | | |
|---|---|---|
| In re: CHERRY TECHNOLOGIES INC. | § § § | |
| Proceedings to Enforce Fed. R. Bankr. P. 9036 | § § | Misc. Proceeding No. 8:24-00121-TA |

**STATEMENT CONFIRMING REGISTRATION FOR
ELECTRONIC BANKRUPTCY NOTICING**

This Statement is filed on behalf of CHERRY TECHNOLOGIES INC.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above registered for electronic bankruptcy noticing on _____. The entity has attached to this statement a copy of the confirmation email it received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing. By registering for electronic bankruptcy noticing, the entity has agreed to receive its bankruptcy notices from the U.S. Bankruptcy Courts at the email address identified on the attached confirmation email from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature: _____

Typed Name: _____

Date: _____

3

**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | | |
|---|---|---|
| In re: CHERRY TECHNOLOGIES INC. | § § § | |
| Proceedings to Enforce Fed. R. Bankr. P. 9036 | § § | Misc. Proceeding No. 8:24-00121-TA |

**STATEMENT ACCEPTING ELECTRONIC COURT NOTICES AT AN ACCOUNT CREATED BY THE BANKRUPTCY NOTICING CENTER**

This Statement is filed on behalf of CHERRY TECHNOLOGIES INC.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above is aware that, beginning on **June 24, 2024**, it will no longer be sent paper bankruptcy notices from the U.S. Bankruptcy Courts. The entity confirms that it wishes to receive its bankruptcy notices from the U.S. Bankruptcy Courts at an electronic account created for the entity by the Bankruptcy Noticing Center. The entity confirms that it will take the necessary steps to access the electronic account in accordance with the instructions provided to the entity in separate letters from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature: _____

Typed Name: _____

Date: _____

4