

**UNITED STATES BANKRUPTCY COURT**
Central District of California – Santa Ana
411 West Fourth Street, Suite #2074, Santa Ana, CA 92701-4593

| In re:<br>**Multiple Debtors, see order**<br><br>Debtor(s) | Case No. 8:24-mp-00121-TA<br><br>All Chapters |
|---|---|
| **NOTICE OF HEARING** ||

To:   SEE ATTACHED CERTIFICATE OF MAILING

**NOTICE IS HEREBY GIVEN that there will be a hearing on the following matter:**

**ORDER REQUIRING CHERRY TECHNOLOGIES INC TO APPEAR THROUGH COUNSEL AT A STATUS CONFERENCE**

On **December 10, 2024 at 11:00 A.M.** before the Honorable Theodor C. Albert, Bankruptcy Judge at U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth Street, Courtroom 5B, Via ZoomGov, Santa Ana, CA 92701.

The ZoomGov information for the hearing is:

| | |
|---|---|
| Video/audio web address: | **https://cacb.zoomgov.com/j/1609413475** |
| ZoomGov meeting number: | 160 491 3475 |
| Password: | 720817 |
| Telephone conference lines: | 1 (669) 254 5252 or 1(646) 828 7666 |

Dated: September 24, 2024

                                                          KATHLEEN J. CAMPBELL
                                                          Clerk of Court

By: _____
                                           Glenda K. DeRamus, Deputy Clerk

FILED & ENTERED

SEP 24 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re: | Misc. Proc. No.: 8:24-bk-00121-TA |
|---|---|
| CHERRY TECHNOLOGIES INC., <br><br> **Proceedings to Enforce Fed. R. Bankr. P. 9036** <br><br> Debtor, | ORDER CONTINUING HEARING ON STATUS CONFERENCE AND REQUIRING CHERRY TECHNOLOGIES INC. TO APPEAR THROUGH ITS PRESIDENT OR DESIGNEE <br><br> Hearing: <br> Date: October 8, 2024 <br> Time: 11:00 a.m. <br> Ctrm: 5B via ZoomGov <br><br> Continued Hearing: <br> Date: December 10, 2024 <br> Time: 11:00 a.m. <br> Ctrm: 5B via ZoomGov |

A status conference was held pursuant to the court's "Order Requiring Cherry Technologies Inc. to Appear Through Counsel at a Status Conference" [DN 2] entered May 21, 2024. No response was filed and there was no appearance.

On the date and time listed above, at the location listed above, the Court will conduct a continued status conference to determine what action should be taken to compel (if necessary) CHERRY TECHNOLOGIES INC. to comply with Federal Rule of Bankruptcy Procedure 9036.

1

*CHERRY TECHNOLOGIES INC. is ordered to appear at the status conference through its CEO, Felix Steinmeyer, President, or a designee.* The CEO/President/Designee should be prepared to advise the Court on the steps that CHERRY TECHNOLOGIES INC. is taking to assure comprehensive compliance with Federal Rule of Bankruptcy Procedure 9036. Failure to appear may result in a finding of contempt.

In lieu of attendance at the scheduled status conference, CHERRY TECHNOLOGIES INC. may complete and file Exhibit A, confirming that it has completed its registration for electronic noticing and will receive court notices at an email address chosen by the entity. Alternatively, CHERRY TECHNOLOGIES INC. may complete and file Exhibit B, confirming that it wishes to receive its court notices at an electronic account created for the entity by the Bankruptcy Noticing Center. Any completed exhibit and accompanying materials must be filed with the Court not less than 72 hours prior to the commencement of the scheduled status conference.

Failure to respond as described above or appear at the status conference could result in the entry of an order compelling compliance.

The Clerk will serve this on CHERRY TECHNOLOGIES INC. by United States Mail and file a Certificate of Service.

The ZoomGov connection information for the hearing is:

Video/audio web address:     https://cacb.zoomgov.com/j/1604913475
ZoomGov meeting number:   160 491 3475
Password:                              720817
Telephone conference lines:  1 (669) 254 5252 or 1 (646) 828 7666

###

Date: September 24, 2024

Theodor C. Albert
United States Bankruptcy Judge

2

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re: CHERRY TECHNOLOGIES INC. § § § | |
| Proceedings to Enforce Fed. R. Bankr. P. 9036 § § § | Misc. Proceeding No. 8:24-00121-TA |

**STATEMENT CONFIRMING REGISTRATION FOR
ELECTRONIC BANKRUPTCY NOTICING**

This Statement is filed on behalf of CHERRY TECHNOLOGIES INC.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above registered for electronic bankruptcy noticing on _____. The entity has attached to this statement a copy of the confirmation email it received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing. By registering for electronic bankruptcy noticing, the entity has agreed to receive its bankruptcy notices from the U.S. Bankruptcy Courts at the email address identified on the attached confirmation email from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature: _____

Typed Name: _____

Date: _____

3

# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re: CHERRY TECHNOLOGIES INC. § § Proceedings to Enforce § Fed. R. Bankr. P. 9036 § § | Misc. Proceeding No. 8:24-00121-TA |

### STATEMENT ACCEPTING ELECTRONIC COURT NOTICES AT AN ACCOUNT CREATED BY THE BANKRUPTCY NOTICING CENTER

This Statement is filed on behalf of CHERRY TECHNOLOGIES INC.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above is aware that, beginning on **June 24, 2024**, it will no longer be sent paper bankruptcy notices from the U.S. Bankruptcy Courts. The entity confirms that it wishes to receive its bankruptcy notices from the U.S. Bankruptcy Courts at an electronic account created for the entity by the Bankruptcy Noticing Center. The entity confirms that it will take the necessary steps to access the electronic account in accordance with the instructions provided to the entity in separate letters from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature: _____

Typed Name: _____

Date: _____

4

# CERTIFICATE OF MAILING

I certify that this notice and a copy of the Order Requiring Cherry Technologies Inc To Appear Through Counsel At A Status Conference was mailed to the parties listed below on **September 24, 2024.**

**Cherry Technologies, Inc.**
c/o Felix Steinmeyer, CEO
2 EMBARCADERO CTR FL 8
SAN FRANCISCO, CA 94111-3833

**Cherry Technologies, Inc.**
c/o Sean Schroeder COO
2 EMBARCADERO CTR FL 8
SAN FRANCISCO, CA 94111-3833

**Cherry Technologies, Inc.**
Attn: Legal Department
2261 Market Street #4869
San Francisco, CA 94114

**Cherry Technologies, Inc.**
Attn: Mr. Tavish Monroe, Servicing Mng.
160 HANCOCK STREET APT 2
SAN FRANCISCO, CA 94114


**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593


Dated: September 24, 2024

Glenda K. DeRamus, Deputy Clerk