United States Bankruptcy Court

Central District of California

In re:  Case No. 24-00121-TA

Multiple Debtors 2024-1, see order  Chapter

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2

Date Rcvd: Feb 07, 2025      Form ID: pdf031      Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Cherry Technologies, Inc., Attn: Mr. Tavish Monroe, Servicing Mng., 160 HANCOCK STREET APT 2, SAN FRANCISCO, CA 94114-2594 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | ^ MEBN | Feb 08 2025 00:16:18 | Cherry Technologies, Inc., Attn: Legal Department, 2261 Market Street #4869, San Francisco, CA 94114-1612 |
| intp | Email/Text: integrationsadmin@withcherry.com | Feb 08 2025 00:48:00 | Cherry Technologies, Inc., c/o Sean Schroeder COO, 2 EMBARCADERO CTR FL 8, SAN FRANCISCO, CA 94111-3833 |
| intp | Email/Text: integrationsadmin@withcherry.com | Feb 08 2025 00:48:00 | Cherry Technologies, Inc., c/o Felix Steinmeyer, CEO, 2 EMBARCADERO CTR FL 8, SAN FRANCISCO, CA 94111-3833 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Multiple Debtors 2024-1, see order |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2025      Signature:      /s/Gustava Winters

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Feb 07, 2025 | Form ID: pdf031 | Total Noticed: 4

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 1

**FILED & ENTERED**

**FEB 07 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>CHERRY TECHNOLOGIES INC.,<br><br>**Proceedings to Enforce Fed. R. Bankr. P. 9036**<br><br>Debtor, | Misc. Proc. No.: 8:24-bk-00121-TA<br><br>ORDER TAKING STATUS CONFERENCE OFF CALENDAR<br><br>Hearing:<br>Date: February 11, 20245<br>Time: 11:00 a.m.<br>Ctrm: 5B via ZoomGov |

    A continued hearing on the court's "Order Requiring Cherry Technologies Inc. to Appear Through Counsel at a Status Conference" [DN 2] is set for the date and time listed above. The court has confirmed that compliance has been achieved. The matter is considered resolved and the hearing is taken off calendar.

Date: February 7, 2025

_____
Theodor C. Albert
United States Bankruptcy Judge

1